```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 01221
   VERNELL D WILLIAMS SR
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2378

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/19/2008 and was not confirmed.

    The case was dismissed without confirmation 03/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED            .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00           .00
AMERICAS SERVICING COMPA  SECURED NOT I   60870.57            .00           .00
US BANK                   CURRENT MORTG        .00            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        2472.32            .00           .00
MICHAEL I WHITE           DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                       --------------        --------------
TOTALS                      .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 06/25/08              _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```